## KEA v. N.C. DEP'T OF HUMAN RES.

No. 603A02

Case below: 153 N.C. App. 595

Motion by respondent to dismiss appeal based upon a constitutional question allowed 27 February 2003.

## KROH v. KROH

No. 512P02

Case below: 152 N.C. App. 347

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

## LOCUST v. PITT CTY. MEM'L HOSP., INC.

No. 643A02

Case below: 154 N.C. App. 103

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 27 February 2003.

## LONG v. JOYNER

No. 61P03

Case below: 155 N.C. App. 129

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

## MAROLF CONSTR., INC. v. ALLEN'S PAVING CO.

No. 52P03

Case below: 154 N.C. App. 723

Petition by petitioner for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003.